Matthew W. Rodriguez, Bar No. 357750
mattrodriguez@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIOMA HOPE OKORO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC. and AFFIRM, INC.,<br><br>　　　　　Defendants. | Case No.  3-25-cv-03203-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**JOINT MOTION FOR LEAVE TO APPEAR VIRTUALLY AT THE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:　July 31, 2025<br>Time:　10:00 a.m.<br>Dept.:　Courtroom 10, 19th Floor.<br><br>Amended Complaint Filed:  4/25/25 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Plaintiff, OBIOMA HOPE OKORO, ("Plaintiff"), Defendant Experian Information Solutions, Inc. ("Experian"), and Defendant Affirm, Inc. ("Affirm"), by and through their undersigned counsel, jointly file this Motion for Leave to Appear Virtually at the July 31, 2025 Case Management Conference set for July 31, 2025 at 10:00 a.m. at Courtroom 10 on the 19th Floor of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Experian's lead counsel, Matthew Rodriguez, resides in Irvine, California, and in-person attendance would incur substantial costs and fees. Affirm's lead counsel, Arjun Rao and Marcos Sassos, reside in Los Angeles, California, and in-person attendance would likewise incur substantial costs and fees.

Plaintiff and Defendants thus stipulate and jointly request permission to appear by Zoom for the Conference and they agree that any matters to be discussed at the Conference can be effectively handled via Zoom. The Parties further agree that a remote appearance will not prejudice any party or unduly delay the proceeding. The Parties have successfully attended and participated in many hearings and conferences telephonically or by video conference in other cases.

Therefore, Plaintiff and Defendants jointly request the Court grant this Motion for virtual appearance, pursuant to Your Honor's Standing Orders C-2 and Local Rule 7-11, and order Plaintiff and Defendants to appear for the July 31, 2025 Conference via Zoom.

If the Court grants this motion, the Plaintiff and Defendants agree that they will email Judge Martínez-Olguín's Courtroom Deputy, Alexis Solorzano, at amocrd@cand.uscourts.gov, at least two court days in advance of the Case Management Conference with a list of who will be taking lead speaking role on behalf of the Plaintiff and Defendants.

Respectfully submitted,

**AJG LAW GROUP, PC.**

By: __/s/ Andrew J. Gramajo__
Andrew J. Gramajo (SBN 338144)
25A Crescent Dr. #402
Pleasant Hill, CA 94523
T: (415) 638-9140
E: Andrew@Ajglawgroup.us

*Counsel for Plaintiff*

**JONES DAY**

By: __/s/ Matthew W. Rodriguez__
Matthew W. Rodriguez (SBN 357750)
3161 Michelson Drive, Suite 800
Irvine, CA 92612
T: (949)851-3939
E: mattrodriguez@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

**MORGAN, LEWIS & BOCKIUS LLP**

By: __/s/ Marcos D. Sasso__
Marcos D. Sasso, (SBN 228905)
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
T: (310) 907-1000
E: marcos.sasso@morganlewis.com

*Counsel for Affirm,* Inc.

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-1, I hereby attest that I have concurrence in the filing of the document from each of the other Signatories indicated by a conformed signature (/s/) within this e-filed document.

By:   */s/ Matthew W. Rodriguez*
Matthew W. Rodriguez (SBN 357750)
3161 Michelson Drive, Suite 800
Irvine, CA 92612
T: (949)851-3939
E: mattrodriguez@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT Plaintiff and Defendants Joint Motion for Leave to Appear Virtually at the July 31, 2025 Case Management Conference is GRANTED.  Plaintiff and Defendants shall appear via Zoom, and shall email Courtroom Deputy, Alexis Solorzano, at amocrd@cand.uscourts.gov, at least two (2) court days in advance of the Conference with a list of who will be taking lead speaking role on behalf of the Plaintiff and Defendants.

DATE: _____

_____
Hon. Araceli Martínez-Olguín
United States District Judge